# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

144576

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In Re JERRY SIMS,

_____

JERRY SIMS,
            Plaintiff-Appellant,

v

                                        SC:  144576
                                        COA:  304023

GENESEE CIRCUIT COURT JUDGE,
            Defendant-Appellee.
                                        Genesee CC:  90-042911-FC

_____/

      On order of the Court, the application for leave to appeal the December 29, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012                                 _____
                                                    Clerk

h0716